## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LEHIGH VALLEY PROPERTIES,    :
and LAURIE ATIYEH    :
        PLAINTIFFS,    :      NO.  14-4091
    :

VS.    :
    :

CITY OF ALLENTOWN,    :
And Mayor Edward Powlaski    :
Acting in his capacity as Mayor,    :
Pennsylvania Department of    :
Transportation    :
        DEFENDANTS.    :

## NOTICE TO WITHDRAW COMPLAINT

The Plaintiffs through their undersigned counsel hereby gives notice that the above-captioned case is withdrawn with prejudice.


Respectfully Submitted,

**The Law Offices of Everett Cook, P.C.**


By:    /s/ Everett Cook
    Everett Cook, Esquire
    Attorney ID. # 202039
    Attorney for Plaintiffs
    2747 MacArthur Road
    Whitehall, PA 18052

    610-351-3566 Phone
    610-351-3556 Fax